LEGAL MAIL PROVIDED TO
COLUMBIA CORRECTIONAL INSTITUTION
ON ___1-20-26___ (DATE) FOR MAILING
RS    STAFF INITIAL    VM INITIAL

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 16 2026
AT ___ O'CLOCK
John M. Domurad, Clerk - Syracuse

Civil Action No. 5:26-cv-410
(ECC/PJE)

The warrent for my arest in the State of New York violates my constitutional right to life liberty & pursuit of happiness. first off second under the original constitution of america all of the charges that investigator Burns, of Syracuse police department filled against my are unconstitueonal. So I'm suing the investigator Burns, Syracuse police department, onadoga county & the State of New York for $600 million dollars each. Bring me in to the tv court so I actually get the 14 days to file paperwork & get into the law library.

I need a court order for my cavanueva shots or I will file murder 1 charges for not getting my shots.

All charges in the State of new York are to be immediatly dropped and never to be refilled period.

Since my due prosess of law is being violated for me to file anything at all & all of the same things steted for damages still stand from the

original complaint. On top of that I want a court order that all charges in the state of florida are over turned and for my immediate release from prison needs to be ordered over all of these charges and being sentenced illegally in florida past me being released from the sex offender registry in the State of New York.

## II.    PLAINTIFF(S) INFORMATION

Name: _Thomas A Stubbs_

Prisoner ID #: _a02505_

Place of detention: _Columbia. C.I._

Address: _216 S. E. corrections way_
_Lake city fl. 32025_

Indicate your confinement status when the alleged wrongdoing occurred:
- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

## III.    DEFENDANT(S) INFORMATION

Defendant No. 1: _Mr. Burns_
Name (Last, First)

_Investigator_
Job Title

_llo_
Work Address

_Syracuse_              _ny_
City              State              Zip Code

Defendant No. 2: _the State of ny_
Name (Last, First)

_____
Job Title

2

Work Address

City                                State            Zip Code

Defendant No. 3:  *Onadoga county*
Name (Last, First)

Job Title

Work Address

City                                State            Zip Code

Defendant No. 4:  *Florida department of corrections*
Name (Last, First) *Pharmacy*

Job Title

Work Address

*Tallahassee*                    *Fl*              ~~388~~
City                                State            Zip Code

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

## IV.    STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

○ How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

Investigator Barn's filling unconsitutional charges with an illegal extradition warrent. While the State of new York & Onadoga County allow this to happen its a violation of my consitutional wrights to life, liberty & pursut of happines.

While the flerida department of correctons pharmacy has discontinued my cabanewra shots for my hiv treatment illegaly so as of 2-22-26 my 6 months to a year befor my family has to lay me to rest for ever count down has begun this is multiple murder 1 charges pending my filling with the federal court

## V.    STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

## FIRST CLAIM

the State of New York, Onondoga county & Investigator Barns for illegal charges & an illegal extradition warrant.

## SECOND CLAIM

the florida department of corrections discontinuing my cavenueva Shot that are life saving

## THIRD CLAIM

appealing judgment for Syracuse police department for allowing this matter as it stands.

VI. **RELIEF REQUESTED**

State briefly what relief you are seeking in this case.

all listed parties are being sued $600 millions dollars each while the florida department of corrects is being sued for the same amount charges pending. all charges against me in fl & ny dropped & my immediate release.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3-9-26          Thomas A Scott

Plaintiff's signature
(All plaintiffs must sign the complaint)